**\*\*E-filed 2/21/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL COOK,

        Plaintiff,

v.

MICHAEL J. ASTRUE,

        Defendant.
_____/

No. C 12-0712 RS

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

    This appears to be the latest in a long string of cases plaintiff Michael Cook has filed over the last several years relating to his contention that the Social Security Administration has wrongfully failed to reissue certain benefit checks that were returned to it uncashed. At times during this protracted saga, Cook has made what appeared to be good faith efforts to comply with court orders, although he sometimes failed to succeed in doing so, through misunderstandings on his part. At other times, however, Cook seems to ignore court orders deliberately. This is one such instance. By order filed March 8, 2010 in C 09-3214 RS, Cook was advised that "filing in state court serves no purpose but to cause unnecessary expense and delay, because the federal government will always have the right to remove such actions to federal court. Any further filings in state court, and any further filings in this Court prior to a final administrative decision, will be taken as an indication of bad faith unless they present a fundamentally different claim and basis for

relief." By order filed March 15, 2011 in C 10-0907, plaintiff was specifically instructed "to make no further filings complaining of any delay in the administrative process during this [2011] calendar year."

In contravention of these express court orders, plaintiff filed this action in Santa Clara County Superior Court on November 30, 2011, and it was subsequently removed here by the Government, as is its right. The Government suggests that under these circumstances, the Court should dismiss the complaint *sua sponte*. Although the circumstances are egregious, there is no clear authority for such a *sua sponte* dismissal, without at least giving plaintiff notice and an opportunity to respond. Accordingly, no later than March 31, 2012, Cook shall file a brief explaining any reasons he may have as to why this action should not be dismissed, given both that it was filed in violation of the Court's prior orders and that there simply is no jurisdiction to hear his claims until the administrative appeal process is exhausted.

Separately, the Government is hereby directed to file and serve a declaration within the next two weeks that sets out the current status of the underlying administrative appeal, and its best estimate as to when conclusion of the administrative process can reasonably be expected.

IT IS SO ORDERED.

Dated: 2/21/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Michael Cook**
T-79529
Pelican Bay State Prison
Post Office Box 7500
Crescent City, CA 95532

DATED: 2/21/12

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg